Kelvin NASH, Plaintiff—Appellant,

v.

Douglas DUNCAN; Wayne Cummings;
Teresa Durham; Matthew Markon;
Juan Price, Defendants—Appellees.

No. 05–7012.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2005.

Decided: Oct. 21, 2005.

Kelvin Nash, Appellant Pro Se. Charles Wellington Thompson, Jr., County Attorney, Sharon Veronica Burrell, Joann Robertson, County Attorney's Office, Rockville, Maryland, for Appellees.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin Nash appeals the district court's order denying as time-barred his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nash v. Duncan,* No. CA–05–25–WDQ (D. Md. June 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*